No. 02–10468. BRAXTON v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10472. ALEXANDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10478. EDWARDS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10479. DIAZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10480. SANTOS-MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10483. GARCIA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10484. HERNANDEZ-MENDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10497. KELLY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10503. RENTERIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10513. HOLLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10514. HERNANDEZ-GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10524. OKORO v. CALLAGHAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1226. SCHISM ET AL. v. UNITED STATES. C. A. Fed. Cir. Motion of Mary Jane Schism Short for substitution as petitioner in place of William O. Schism, deceased, granted. Certiorari denied.